■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEBRA JEAN LOCKHART, Appellant.—Adjudication unanimously reversed, on the law, and indictment dismissed. Same memorandum as in *People v Morgan* (62 AD2d 1178). (Appeal from adjudication of Monroe County Court—youthful offender.) Present—Marsh, P. J., Moule, Simons, Hancock, Jr. and Witmer, JJ.

■ In the Matter of BONITA G. MASLANKA, Respondent, v DAVID J. MASLANKA, Appellant.—Order unanimously affirmed, without costs on the memorandum decision at Family Court, Houston, J. (Appeal from order of Livingston Family Court—custody, support.) Present—Marsh, P. J., Moule, Simons, Hancock, Jr. and Witmer, JJ.

■ In the Matter of ARTHUR V. KILLIAN, an Attorney.—Resignation accepted and name stricken from roll of attorneys. Present—Cardamone, J. P., Simons, Dillon, Hancock, Jr. and Denman, JJ.

■ CHARLES CEDERMAN, Respondent, v LIBERTY MUTUAL INSURANCE COMPANY, Appellant.—Motion for reargument of appeal granted. Present—Marsh, P. J., Moule, Dillon and Witmer, JJ.